IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00138-WYD-BNB

SIREINO JOE MARTINEZ,

Plaintiff,

v.

JOE ORTIZ, Executive Director, Colorado Department of Corrections,
GARY GOLDER, Warden, Sterling Correctional Facility,
MARY COX, (Major) Religious Programs Coordinator, Sterling Correctional Facility,
FRANK SIPES, Lieutenant (security officer), Sterling Correctional Facility,
MARY DISCHNER, Lieutenant (Security Officer), Sterling Correctional Facility,
SUE GRISENTI, (CIPS), Colorado Inmate Phone System Coordinator, and
CONNIE WILLYARD, (CIPS) Colorado Inmate Phone System Operator,

Defendants.
_____

**ORDER**
_____

This matter is before the Court on the plaintiff's **Motion Requesting the Court to "ORDER" the U.S. Marshalls** [sic] **to Serve the Defendant with "Summons and Complaint," Pursuant to Fed. R. Civ. P. Rule 4** (the "Motion"), filed July 1, 2005. The plaintiff, by separate motion, has sought leave to amend his Complaint to add Anthony DeCesaro as a defendant. The Motion requests that the United States Marshal be directed to serve DeCesaro. I have recommended that the plaintiff's motion to amend to add DeCesaro be denied. Accordingly,

IT IS ORDERED that the Motion is DENIED AS MOOT.

Dated December 13, 2005.

                                          BY THE COURT:

                                          /s/ Boyd N. Boland
                                          United States Magistrate Judge