IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00138-WYD-BNB

SIREINO JOE MARTINEZ,

Plaintiff,

v.

JOE ORTIZ, Executive Director, Colorado Department of Corrections,
GARY GOLDER, Warden, Sterling Correctional Facility,
MARY COX, (Major) Religious Programs Coordinator, Sterling Correctional Facility,
FRANK SIPES, Lieutenant (security officer), Sterling Correctional Facility,
MARY DISCHNER, Lieutenant (Security Officer), Sterling Correctional Facility,
SUE GRISENTI, (CIPS), Colorado Inmate Phone System Coordinator, and
CONNIE WILLYARD, (CIPS) Colorado Inmate Phone System Operator,

Defendants.
_____

**ORDER**
_____

This matter arises in connection with the Motion for Summary Judgment with Supporting Authority from Defendants (the "Motion"), filed November 4, 2005. The defendants argue that they are entitled to qualified immunity. The defendants' qualified immunity argument is based on their assertion that the plaintiff cannot establish that there are any Supreme Court or Tenth Circuit decisions that declare unconstitutional the Bureau of Prisons' Administrative Regulations 800-01 and 900-01.

The defendants have not submitted copies of Administrative Regulations 800-01 or 900-01. I note that the plaintiff has attached a copy of Administrative Regulation 800-01 as an exhibit to a supplemental response to the Motion. *Letter filed March 27, 2006*, Exhibit 2. Therefore, only Administrative Regulation 900-01 is missing from the record. Without a copy of

Administrative Regulation 900-01, as it existed at the relevant time, it is impossible to determine whether the plaintiff has established the existence of case law which declares Administrative Regulation 900-01 unconstitutional. Accordingly,

IT IS ORDERED that on or before **May 15, 2006**, the defendant shall file a copy of the applicable version of the Bureau of Prisons' Administrative Regulation 900-01.

Dated May 4, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge