IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

---

Civil Action No. 05-cv-00138-WYD-BNB         Date: October 18, 2006
Courtroom Deputy: Geneva D. Mattei           FTR BNB COURTROOM A401

---

SIREINO JOE MARTINEZ,                        PRO SE

        Plaintiff,

v.

JOE ORTIZ,                                   Edmund Kennedy
Executive Director,
Colorado Department of Corrections,
GARY GOLDER,
Warden, Sterling Correctional Facility,
MARY COX,
 (Major) Religious Programs Coordinator,
Sterling Correctional Facility,
FRANK SIPES,
Lieutenant (security officer),
Sterling Correctional Facility,
MARY DISCHNER,
Lieutenant (Security Officer),
Sterling Correctional Facility,
SUE GRISENTI,
(CIPS), Colorado Inmate Phone System Coordinator, and
CONNIE WILLYARD,
(CIPS) Colorado Inmate Phone System Operator,

        Defendants.

---

**COURTROOM MINUTES**

---

**HEARING: MOTIONS**

Court in Session:    9:57 a.m.

Appearance of counsel.

Court's opening remarks.

**ORDERED:** **Plaintiff's motion for appointment of advisory counsel(8/28/06 #76) is GRANTED as stated on the record.**

**ORDERED:** **Plaintiff's motion requesting blank subpoena forms for witnesses(8//28/06 #77) is DENIED as stated on the record.**

Court in Recess          10:07 a.m.       Hearing concluded.

Total time in court:     00:10