IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00138-WYD-BNB

SIREINO JOE MARTINEZ,

Plaintiff,

v.

JOE ORTIZ, Executive Director, Colorado Department of Corrections,
GARY GOLDER, Warden, Sterling Correctional Facility,
MARY COX, (Major) Religious Programs Coordinator, Sterling Correctional Facility,
FRANK SIPES, Lieutenant (security officer), Sterling Correctional Facility,
MARY DISCHNER, Lieutenant (Security Officer), Sterling Correctional Facility,
SUE GRISENTI, (CIPS), Colorado Inmate Phone System Coordinator, and
CONNIE WILLYARD, (CIPS) Colorado Inmate Phone System Operator,

Defendants.
_____

**ORDER**
_____

This matter is before me on the following motions:

(1)    **Motion for Appointment of Advisory Counsel** [Doc. # 76, filed 8/28/2006] (the "Motion to Appoint Counsel"); and

(2)    **Motion Requesting Blank Subpoena Forms for Witnesses** [Doc. # 77, filed 8/28/2006] (the "Motion for Subpoenas").

The plaintiff's claims against the defendants in their official capacities for prospective injunctive relief have withstood the defendants' motion for summary judgment, see *Order Affirming and Adopting United States Magistrate Judge's Recommendation* [Doc. # 75, filed 7/31/2006], and have been set for a three day trial to the court beginning June 4, 2007. *Minute Order* [Doc. # 79, filed 9/5/2006].

I held a hearing on the motions this morning and made rulings on the record. During the hearing, the plaintiff made clear that he is seeking the appointment of counsel, not the appointment of advisory counsel. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Appoint Counsel is GRANTED. The Clerk of the Court is directed to attempt to find volunteer counsel to represent the plaintiff.

IT IS FURTHER ORDERED that the Motion for Subpoenas is DENIED as specified.

Dated October 18, 2006.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge