IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00138-WYD-BNB

SIREINO JOE MARTINEZ,

     Plaintiff,

v.

JOE ORTIZ, Executive Director, Colorado Department of Corrections;
GARY GOLDER, Warden, Sterling Correctional Facility;
MARY COX, (Major), Religious Programs Coordinator, Sterling Correctional Facility;
FRANK SIPES, Lieutenant (Security Officer), Sterling Correctional Facility;
MARY DISCHNER, Lieutenant (Security Officer), Sterling Correctional Facility;
SUE GRISENTI, (CIPS), Colorado Inmate Phone System Operator;
CONNIE WILLYARD, (CIPS) Colorado Inmate Phone System Operator;
     all sued in their individual and official capacities,

     Defendants.

---

### ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITHOUT PREJUDICE

---

THIS MATTER comes before the Court on the parties Stipulated Motion for

Dismissal Without Prejudice [# 89], filed March 14, 2007.  After careful consideration of

the file in this matter, I find that the stipulated motion should be GRANTED.

Accordingly, it is

ORDERED that the Stipulated Motion for Dismissal Without Prejudice [# 89] is

**GRANTED**.  It is

FURTHER ORDERED that the above-entitled matter is **DISMISSED WITHOUT**

**PREJUDICE**, each party to pay its own costs and attorneys' fees.  It is

FURTHER ORDERED that the trial preparation conference set for May 23, 2007,

and the bench trial set for June 4, 2007, are **VACATED.**

Dated:  March 16, 2007

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge